Amy Joseph Pedersen, OSB No. 853958
ajpedersen@stoel.com
Ryan S. Gibson, OSB No. 073873
rsgibson@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

   Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ARMI B. SANCHEZ,<br><br>         Plaintiff,<br><br>     v.<br><br>PURINA ANIMAL NUTRITION, LLC and LAND O'LAKES, INC., a Minnesota corporation,<br><br>         Defendant. | Case No.: 3:13-cv-00864-HU<br><br>[~~PROPOSED~~] STIPULATED GENERAL JUDGMENT OF DISMISSAL OF DEFENDANT PURINA ANIMAL NUTRITION, LLC WITH PREJUDICE |

Pursuant to the parties' stipulated motion to dismiss defendant Purina Animal Nutrition, LLC and pursuant to Fed. R. Civ. P. 41, it is hereby ordered and adjudged that defendant Purina Animal Nutrition, LLC, is dismissed from this case, with prejudice, without costs or attorneys' fees to any party and with no right to appeal.

Page 1   -   [PROPOSED] STIPULATED GENERAL JUDGMENT OF DISMISSAL

DATED: July 30 2013.

*Malcolm F. Marsh*
Honorable Senior District Judge Malcolm F. Marsh

Approved as to form:

*// Elizabeth Farrell Oberlin*
Elizabeth Farrell Oberlin, OSB No. 011107
E-mail: oberlinlaw@hotmail.com
Attorney for Plaintiff

*//Ryan S. Gibson*
Ryan S. Gibson, OSB No. 073873
rsgibson@stoel.com
Of Attorneys for Defendant

Page 2   -   [PROPOSED] STIPULATED GENERAL JUDGMENT OF DISMISSAL